In the Matter of the Probate of the Will of AMBROSE B. BURBANK, Deceased.

GEORGIANNA DUVERNOIS et al., Appellants; CALEB A. BURBANK et al., as Executors, Respondents.

*Matter of Burbank,* 104 App. Div. 312, affirmed.
(Argued April 20, 1906; decided May 15, 1906.)

. APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 24, 1905, which affirmed a decree of the New York County Surrogate's Court admitting to probate a paper propounded as the last will and testament of Ambrose B. Burbank, deceased.

*Melville J. France* and *Abram H. Dailey* for appellants

*Lewis L. Delafield* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: HAIGHT, J.

---

AGNES FELSKA, as Administratrix of the Estate of VINCENT FELSKA, Deceased, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Felska* v. *Erie R. R. Co.,* 109 App. Div. 912, affirmed.
(Argued May 1, 1906; decided May 15, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 4, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the alleged negligent killing of plaintiff's intestate.

*Adelbert Moot* for appellant.

*H. J. Swift* and *Frank E. Wade* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: HISCOCK, J.